Clement & Murphy
PLLC

July 9, 2026

**VIA CM/ECF**
Hon. Nwamaka Anowi, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

RE: *NetChoice v. Jones*, No. 26-1252
NetChoice's Notice Regarding Counsel of Record Availability

Dear Ms. Anowi:

On June 29, 2026, NetChoice filed a consent motion asking the Court to expedite oral argument and a decision on the merits in the above-captioned case. NetChoice requested that the Court "schedule oral argument as soon as practicable after August 1, 2026," or "[i]n the alternative … assign this appeal to the next available oral argument calendar." Dkt.47 at 3. If the Court is inclined to assign this case to the September 15-18, 2026, sitting, NetChoice respectfully requests that the Court take into consideration that, alongside the two Fourth Circuit en banc cases that counsel notified this Court of in NetChoice's motion to expedite, Dkt.47 at 3 n.2, counsel of record now has an oral argument scheduled in *AstraZeneca Pharmaceuticals v. Drummond*, No. 25-6138 (10th Cir.), on September 17, 2026.

Sincerely,
*/s/ Erin E. Murphy*
Erin E. Murphy
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

*Counsel for Appellee NetChoice*

cc:
Counsel of Record (via CM/ECF)