FILED: July 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1252
(1:25-cv-02067-PTG-LRV)

---

NETCHOICE

Plaintiff - Appellee

v.

JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia

Defendant - Appellant

------------------------------

TECHFREEDOM; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; CENTER FOR DEMOCRACY & TECHNOLOGY; ELECTRONIC FRONTIER FOUNDATION; FREEDOM TO READ FOUNDATION; FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION; LGBT TECH; WOODHULL FREEDOM FOUNDATION

Amici Supporting Appellee

---

O R D E R

---

Upon consideration of appellee's consent motion to expedite oral argument, the Court grants the motion. The Clerk shall schedule the case for oral argument

during the October 2026 session.

For the Court

/s/ Nwamaka Anowi, Clerk