# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 10, 2026

_____

RULE 46 ADDITIONAL COPIES

_____

No. 26-1252,    NetChoice v. Jay Jones
1:25-cv-02067-PTG-LRV

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 08/13/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Brief (ECF 36) | 4 | TechFreedom |
| Amicus Brief (ECF 37) | 4 | American Civil Liberties Union, ACLU of Virginia, Center for Democracy & Technology, Electronic Frontier Foundation, Freedom to Read Foundation, Foundation for Individual Rights and Expression, LGBT Tech, and Woodhull Freedom Foundation |

/s/ NWAMAKA ANOWI, CLERK