FILED: August 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1252
(1:25-cv-02067-PTG-LRV)

---

NETCHOICE

Plaintiff - Appellee

v.

JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia

Defendant - Appellant

------------------------------

TECHFREEDOM; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; CENTER FOR DEMOCRACY & TECHNOLOGY; ELECTRONIC FRONTIER FOUNDATION; FREEDOM TO READ FOUNDATION; FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION; LGBT TECH; WOODHULL FREEDOM FOUNDATION

Amici Supporting Appellee

---

O R D E R

---

Upon consideration of submissions relative to appellant's renewed motion for

stay of preliminary injunction pending appeal, the court denies the motion.

Entered at the direction of Judge Benjamin with the concurrence of Judge Wilkinson. Judge Gregory voted to grant the motion.

For the Court

/s/ Nwamaka Anowi, Clerk